# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| IHEART COMMUNICATIONS, INC., ET.AL. § § § CIVIL NO: § SA:17-CV-00025-OLG § | |
| vs. § § | |
| CITIBANK, N.A., U.S. BANK NATIONAL ASSOCIATION, WILMINGTON TRUST, NATIONAL ASSOCIATION § § § § | |

## ORDER VACATING SCHEDULING ORDER DEADLINES

IT IS HEREBY ORDERED that the scheduling order deadlines in this matter are hereby vacated until further order of the Court.

IT IS SO ORDERED this 20th day of April, 2017.

_____
ORLANDO L GARCIA
CHIEF U.S. DISTRICT JUDGE